**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

FILED
AUG 22 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:19CR00697 SRC/SPM** |
| v.    ) | |
| ) No. | |
| EARL WATKINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME Now Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Katharine A. Dolin, Special Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Katharine A. Dolin*
KATHARINE A. DOLIN, #64817MO
Special Assistant United States Attorney
111 S. 10th Street, Room 20.388
St. Louis, Missouri 63102
(314) 539-2200