UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19 CR 697 SRC/SPM |
| EARL WATKINS, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A and the Criminal Justice Act Plan for the Eastern District of Missouri, IV, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

☑  The initial appearance.

☑  All further proceedings in this case.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of November, 2019.