RECEIVED
MAR 0 2 2020
BY MAIL

FILED
MAR 0 2 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

2-26-20

TO: Court Clerk

I Earl Watkins 720164 AM requesting a copy of My docket Sheet.

Cause No. 4:19-cr-00697-SRC-SPM

Respectfully,
Earl Watkins

Mr Earl Watkins 72064 3B
St Louis City Justice Center
200 South Tucker Blvd.
St. Louis MO 63102

ST. LOUIS
MO 630
28 FEB '20
PM 4 L

*Legal Mail*
U.S. POSTAGE >> PITNEY BOWES
ZIP 63103 $ 000.50⁰
02 4W
0000346471 FEB 28 2020

RECEIVED
MAR 0 2 2020
BY MAIL

TO: The Court Clerk of
Honorable Judge Mensah
United States District Court
Eastern Division
111 South 10th Street
St. Louis Missouri 63102