**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19 CR 697 SRC/SPM |
| ) | |
| EARL WATKINS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant has filed a *pro se* motion to dismiss the indictment (Doc. 30). However, Defendant is represented by counsel in this matter and "[t]here is no constitutional or statutory right to simultaneously proceed *pro se* and with benefit of counsel." United States v. Agofsky, 20 F.3d 866, 72 (8th Cir. 1994); see 28 U.S.C. § 1654.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's *pro se* motion to dismiss the indictment (Doc. 30) is **DENIED** without prejudice subject to refiling through counsel.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of March, 2020.