# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19 CR 697 SRC/SPM |
| EARL WATKINS, | ) |
| Defendant. | ) |

## ORDER

Defendant has filed a *pro se* Request for Discovery and Motion for Specific Kyles and Brady Information. (Doc. 31). However, Defendant is represented by counsel in this matter and "[t]here is no constitutional or statutory right to simultaneously proceed *pro se* and with benefit of counsel." United States v. Agofsky, 20 F.3d 866, 72 (8th Cir. 1994); see 28 U.S.C. § 1654.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's *pro se* Motion for Specific Kyles and Brady Information (Doc. 31) is **DENIED** without prejudice subject to refiling through counsel.

*/s/ Shirley Padmore Mensah*

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of March, 2020.